Rev (10/2022)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

**Tremayne T. Nicholson**    Case No. **25-10634**

Chapter 13

Date: **October 3, 2025**

## FINAL PLAN SUMMARY
Check if this is an Amended Final Plan Summary ☐
(REFER TO CHAPTER 13 PLAN FOR COMPLETE TREATMENT LANGUAGE)

**1. NOTICES**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in § 7.1, which may result in a partial payment or no payment at all to the secured creditor | ☑ INCLUDED | ☐ NOT INCLUDED |
| 1.2 | Nonstandard provision, set out in § 12 | ☐ INCLUDED | ☑ NOT INCLUDED |
| 1.3 | Avoidance of security interests or liens | NOT INCLUDED - requires a separate motion or adversary proceeding in this district | |

**2. PAYMENTS AND LENGTH OF PLAN**

For **60** months Debtor(s) will make regular monthly payments to the trustee as follows:

$**1409** per month for **60** months.

**3. PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS:**

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF MONTHLY PAYMENT |
|---|---|---|
| **Alabama Credit Union** | **2017 Ford F150 90000 miles** | 182.00 |
| **Financial Pacific Leasing** | **2005 Freightliner Coronado 300000 miles** | 350.00 |
| **W.S. Badcock Corporation** | **sofa, loveseat, queen mattress & foundation, tv console, fireplace, 2 a/c units** | 18.00 |

**4. ATTORNEYS FEES FOR DEBTOR(S)' BANKRUPTCY COUNSEL:**

| DEBTOR'S COUNSEL | FEE TO BE PAID THROUGH PLAN |
|---|---|
| **William J. Casey, II 7413-S81W** | 4,200.00<br>(Total Fee of $4,500.00 less $300.00 paid prior to filing.) |

**5. DOMESTIC SUPPORT OBLIGATIONS:**

| DSO CREDITOR | AMOUNT TO BE PAID | MONTHLY PAYMENT |
|---|---|---|
| **-NONE-** | | |

**6. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)**

| CREDITOR | TYPE OF PRIORITY | AMOUNT TO BE PAID | MONTHLY PAYMENT |
|---|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | 4,868.45 | 101.00 |

| CREDITOR | TYPE OF PRIORITY | AMOUNT TO BE PAID | MONTHLY PAYMENT |
|---|---|---|---|
| State of Alabama | Taxes and certain other debts | 213.61 | 20.00 |

**7. TREATMENT OF SECURED CLAIMS:**

**7.1 Request for valuation of secured claims, payment of secured claims, and modification of undersecured claims**

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT TO BE PAID | INTEREST RATE | §1325(a)(5) PLAN PAYMENT |
|---|---|---|---|---|
| Alabama Credit Union | 2017 Ford F150 90000 miles | 18,208.00 | 8.00 | 456.00 |
| Financial Pacific Leasing | 2005 Freightliner Coronado 300000 miles | 35,000.00 | 8.00 | 875.00 |
| W.S. Badcock Corporation | sofa, loveseat, queen mattress & foundation, tv console, fireplace, 2 a/c units | 1,800.00 | 4.00 | 40.00 |

**7.2 Secured claims excluded from valuation under Bankruptcy Code § 506**

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT TO BE PAID | INTEREST RATE | §1325(a)(5) PLAN PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

**7.3 Curing defaults and maintaining direct payments on long-term secured debt**

| CREDITOR | COLLATERAL DESCRIPTION | DIRECT PAYMENT | ARREARAGE |
|---|---|---|---|
| 21st Mortgage Corp | 11767 Walker Springs Rd Gainestown, AL 36540 Clarke County<br>1/2 interest with wife 2018 32x82 Patriot Revere Mobile Home. Land belongs to family | 854.00 | 4,668.93 |

**8. NONPRIORITY UNSECURED CLAIMS**

Percentage to unsecured creditors to be determined after expiration of the claims bar date.

**9. SURRENDERED PROPERTY**

| CREDITOR | COLLATERAL DESCRIPTION |
|---|---|
| 1st Franklin Financial | 2024 Polaris Sportmand 570 Hunt Edition |
| Ally Bank c/o AIS Portfolio Services | 2016 GMC Yukon 186000 miles<br>1/2 interest with wife. Wife paying in her chapter 13 case. |
| Performance Finance | 2020 Polaris RZR 900<br>paid by son |
| Roadrunner Financial | 2022 Yamaha YFZ450R |
| TD Retail Card Services | 2022 SSR Motorsport SR70 |
| Wells Fargo Dealer Services | 2012 Ford Mustang 130000 miles<br>not running |

**10. EXECUTORY CONTRACTS, INCLUDING UNEXPIRED LEASES OF REAL OR PERSONAL PROPERTY**

| CREDITOR | PROPERTY DESCRIPTION | ASSUME | REJECT |
|---|---|---|---|

2

Case 25-10634 Doc 56 Filed 10/03/25 Entered 10/03/25 15:54:42 Desc Main
Document Page 2 of 3

| CREDITOR | PROPERTY DESCRIPTION | ASSUME | REJECT |
|---|---|---|---|
| **None** | | | |

11. **OTHER PLAN PROVISIONS**

    Refer to plan for complete language for Sections 11.1 through 11.4.

12. **NONSTANDARD PLAN PROVISIONS**

Counsel for the Debtor hereby certifies that a review of all claims filed to date has been performed and all necessary objections to claims have been filed.

| | |
|---|---|
| **/s/ Tremayne T. Nicholson** | **October 3, 2025** |
| DEBTOR'S SIGNATURE | DATE |
| | |
| DEBTOR'S SIGNATURE | DATE |
| *(not required if represented by counsel)* | |
| | |
| **/s/ William J. Casey, II** | **October 3, 2025** |
| DEBTOR'S COUNSEL'S SIGNATURE | DATE |